*P. S. Kennedy* and *John S. Dye,* for the appellees.

---

JENNINGS *et al. v.* GREENWALD *et al.*

PRACTICE.—When a judgment is taken by default, a motion to set aside the default must precede an appeal to this Court, and if such motion be denied, proper exceptions must be taken.

APPEAL from the *Owen* Common Pleas.

*Per Curiam.*—Action by the appellees, who were the plaintiffs, against the appellants, who were the defendant, upon a promissory note for the payment of 216 dollars. The record shows that process as to *Rees,* one of the defendants, was returned "not found," and as to him the case was continued. But as to the other defendants, *Jennings, Wiles* and *Wilder,* process was returned served, and they, being severally called, failed to appear, were defaulted, and judgment by default was regularly entered against them.

But no motion to set aside the default appears to have been made in the Common Pleas, nor is there any bill of exceptions, or exception, in any form to the rulings of the lower

Court. The judgment must therefore be affirmed. 9 Ind. 236; 13 *id.* 430, 470.

The judgment is affirmed, with five per cent. damages and costs.

*Kilby Ferguson,* for the appellants.